O. E. COMER, Doing Business Under Firm Name of S. D. Harlin Company, Appellant, v. WHITE-HILL MOTOR COMPANY, Inc., Appellee.

Court of Appeals of Kentucky.

Feb. 3, 1942.

J. Paul Carter for appellant.

J. C. Carter, Jr., for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

GREASY BRUSH COAL COMPANY et al., Movants, v. James M. HAYS, Opposed.

Court of Appeals of Kentucky.

Feb. 6, 1942.

J. Smith Hays and William Hays for movants.

Richard A. Hays and James M. Hays, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

A. J. HAYNES, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Feb. 10, 1942.

D. I. Day, J. L. Hays and Astor Hogg for movant.

Hubert Meredith, Attorney General, and H. Appleton Federa, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.